# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELDA DE VEGA, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION, a Delaware Company; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 3:18-cv-06710<br><br>Honorable Richard Seeborg<br>Courtroom 3<br><br>**ORDER GRANTING DISMISSAL**<br><br>Complaint Filed: October 3, 2018<br>Case Removed: November 5, 2018<br>Trial Date: None Set |

# ORDER OF DISMISSAL

The Court, having reviewed the Stipulation of Dismissal filed by the Parties in this case, dismisses the entire action without prejudice. Each party shall bear its own attorney's fees and costs.

DATED: __February 20__, 2020

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE